# United States District Court
# For The Western District of North Carolina
# Statesville Division

DEMETRIO GARCIA-CASTALAN,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:10CV49-2-V

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 26, 2010, Order.

                                      Signed: April 26, 2010

                                      Frank G. Johns, Clerk
                                      United States District Court